**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 16 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

TOD AND SHARON PARKS                                          PLAINTIFFS

VS.                    NO. 4-00 CV00473 HW

DR. STEPHEN LONG                                              DEFENDANT

COMPLAINT   This case assigned to District Judge __Woods__
            and to Magistrate Judge __Young__

Comes now Plaintiffs, Tod and Sharon Parks, by and through their attorney, David S. Mitchell, and for their complaint against Defendants herein state:

1. At all times relevant hereto, Plaintiffs were citizens and residents of West Elgen, South Carolina.

2. Defendant, Stephen Long, is a licensed medical physician practicing medicine in Conway, Faulkner County, Arkansas.

3. This is a personal injury action based on medical negligence pursuant to A.C.A. §16-114-201, et seq.

4. Jurisdiction and venue for this medical injury action are proper in this court as there is diversity of citizenship and there is more than $75,000.00 in controversy pursuant to 28 U.S.C. §1332.

FACTS

5. Plaintiff Tod Parks was involved in a motor vehicle accident on July 19, 1998 and was brought by an ambulance to the emergency room of Defendant, Conway Regional Medical Center in Conway, Arkansas, complaining of severe pain in the right elbow and shoulder.

6. Plaintiff Tod Park's initial x-rays were taken of the right shoulder showing "a fracture



dislocation of the humeral head" and "a fracture across the anatomic neck of the humerus as well" which was not displaced. The x-rays reports also indicated a "severely comminuted fracture of the distal humerus"."

7. Apparently without consulting these x-rays, and without informing Mr. Parks of his condition or recommended course of treatment, Defendant Stephen Long negligently proceeded to attempt a closed relocation of the shoulder. The attempted relocation broke the head of the humerus from the shaft of the humerus.

8. As a direct result of Dr. Long's attempted, but unsuccessful, relocation of the shoulder, Mr. Parks was required to undergo surgery for a shoulder replacement, which has caused his severe pain and suffering and has left him permanently impaired.

## COUNT I

9. Defendant breached the standard of care in treating Mr. Parks in that he failed to exercise and possess the reasonable ordinary care and skill of an emergency room physician in Conway, Arkansas, or a similar locality, in:

    a. attempting to relocate the shoulder without first consulting the x-rays;

    b. failing to take any reasonable steps to determine whether Mr. Parks had any fractures prior to attempting a closed reduction of the shoulder;

    c. failing to obtain Mr. Parks informed consent before attempting to relocate the shoulder;

    d. failing to recognize Mr. Parks suffered from a non-displaced fracture across the anatomic neck of the humerus and, also, suffered from a severely comminuted fracture of the distal humerus prior to attempting to relocate the shoulder;

    e. failing to take any reasonable steps to determine the condition of the bones in Mr. Parks' right arm prior to manipulating his right arm in attempts

to relocate the shoulder;

f. otherwise failing to provide reasonable care and treatment.

## DAMAGES

10. As a proximate result of Defendants' aforesaid negligence and fault, Plaintiff Tod Parks was forced to undergo a shoulder replacement.

11. Tod Parks has and will suffer the following damages:

   a. loss of past and future income and wages;
   b. loss of earning capacity;
   c. mental anguish;
   d. past and future medical expenses;
   e. pain and suffering; and
   f. loss of quality of life.

12. Plaintiff, Sharon Parks as wife of Tod Parks, claims damages for loss of consortium, including the loss of the comfort, care and support of her husband.

13. Plaintiffs request a trial by jury.

WHEREFORE, for the forgoing reasons, Plaintiffs bring this action and prays that they recover a judgment against the Defendant for the damages set out above, for attorney's fees and costs, and for all other relief to which they may be entitled.

RESPECTFULLY SUBMITTED,

DAVID S. MITCHELL
DAVIS, MITCHELL & DAVIS
400 W. Capitol, Ste. 2422
Little Rock, AR 72201
(501) 376-0272

_____
DAVID S. MITCHELL